No. 70–167. Sigelbaum v. United States et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition.

No. 70–209. Aiuppa v. United States. C. A. 10th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition.

No. 70–202. Kroger Co. v. Federal Trade Commission. C. A. 6th Cir. Certiorari denied. Mr. Justice White took no part in the consideration or decision of this petition.

No. 70–338. Cotler Drugs, Inc., et al. v. Chas. Pfizer & Co., Inc., et al. C. A. 2d Cir. Certiorari denied. Mr. Justice White took no part in the consideration or decision of this petition.

No. 70–339. Southern Railway Co. v. Troutman. C. A. 5th Cir. Certiorari denied. Mr. Justice White took no part in the consideration or decision of this petition.

No. 70–222. Computer Searching Service Corp. v. Ryan, U. S. District Judge. C. A. 2d Cir. Certiorari denied. The Chief Justice took no part in the consideration or decision of this petition.

No. 70–274. Air Line Pilots Association, International v. Northwest Airlines, Inc. C. A. 8th Cir. Certiorari denied. Mr. Justice Stewart is of the opinion that certiorari should be granted. Mr. Justice Blackmun took no part in the consideration or decision of this petition.